# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 17, 2016

## NO. 03-15-00373-CV

**V. E., Appellant**

**v.**

**Travis County District Attorney, Appellee**

## APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the denial of the petition for expunction signed by the district court on May 18, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's denial of the petition for expunction. Therefore, the Court affirms the district court's denial of the petition for expunction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.